No. 653. NORTHWESTERN MUTUAL LIFE INSURANCE Co. *v.* SUTTLES, TAX COLLECTOR, ET AL. February 3, 1947.

No. 700. BORG-WARNER CORP. ET AL. *v.* GOODWIN ET AL. February 3, 1947.

No. 704. JOHNSON *v.* MAYO, STATE PRISON CUSTODIAN. February 3, 1947.

No. 780. CHRONICLE & GAZETTE PUBLISHING Co., INC. *v.* ATTORNEY GENERAL OF NEW HAMPSHIRE ET AL. February 3, 1947.

No. 800. UNITED STATES *v.* BALOGH. February 3, 1947.

No. 167. UNITED STATES EX REL. DAVIS *v.* RAGEN, WARDEN. February 3, 1947.

No. 342. DINGMAN *v.* UNITED STATES. February 3, 1947. Second petition for rehearing denied.